IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UGI SUNBURY LLC, | : | Case No: 3:16-CV-00788 |
| | : | |
| PLAINTIFF | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| A PERMANENT EASEMENT FOR | : | |
| 71.7575 ACRES, AND TEMPORARY | : | |
| CONSTRUCTION AND ACCESS | : | |
| EASEMENT FOR 2.956 ACRES | : | |
| IN LIMESTONE TOWNSHIP, | : | |
| MONTOUR COUNTY, | : | |
| PENNSYLVANIA TAX PARCEL | : | |
| NO. 5-10-19 | : | |
| | : | |
| DAVID W. BEACHEL, JR., | : | |
| 599 STRICK ROAD | : | |
| MILTON, PA 17847 | : | |
| | : | |
| JOY L. BEACHEL, | : | |
| 599 STRICK ROAD | : | |
| MILTON, PA 17847 | : | |
| | : | |
| THE TURBOTVILLE NATIONAL BANK | : | |
| PO Box 37 | : | |
| 4710 STATE ROUTE 54 | : | |
| TURBOTVILLE, PA 17772-0037 | : | |

```
                                         :
COMMONWEALTH OF                          :
PENNSYLVANIA                             :
DEPARTMENT OF HIGHWAYS                    :
PA DEPARTMENT OF                         :
TRANSPORTATION                            :
KEYSTONE BUILDING                        :
400 NORTH STREET                          :
HARRISBURG, PA 17120                      :
                                         :
PENNSYLVANIA DEPARTMENT OF                :
REVENUE                                   :
BUREAU OF COMPLIANCE                      :
LIEN SECTION                              :
PO BOX 280948                            :
HARRISBURG, PA 17128-0948                :
                                         :
AND ALL UNKNOWN OWNERS                    :
                                         :
                 DEFENDANTS               :
```

## ORDER

August 2, 2016

AND NOW, in accordance with the Memorandum of this same date, IT IS

HEREBY ORDERED THAT:

1. Plaintiff UGI Sunbury LLC's Motion for Hearing (ECF No. 15) is DENIED;

2. Plaintiff UGI Sunbury LLC's Motion For Partial Summary Judgment (ECF
   No. 13) is GRANTED;

3. Plaintiff UGI Sunbury LLC's Motion For Preliminary Injunction (ECF No.
   11) is GRANTED;

4. Plaintiff UGI Sunbury LLC shall post a surety bond with the Clerk of Court in the amount of $373,567.50[1] payable to "Clerk, U.S. District Court," and sent to U.S. Courthouse and Federal Building, Suite 401, 240 West Third Street, Williamsport, Pennsylvania 17701. The surety bond will be held in the vault located in the Clerk's Office, Middle District of Pennsylvania, Williamsport Division.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge

---

[1] 71.7575 + 2.956 acres x $5,000.