# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UGI SUNBURY, LLC, | No. 3:16-CV-00788 |
| Plaintiff. | |
| | (Judge Brann) |
| v. | |
| A PERMANENT EASEMENT FOR 1.7575 ACRES, AND TEMPORARY CONSTRUCTION AND ACCESS EASEMENT FOR 2.956 ACRES IN LIMESTONE TOWNSHIP, MONTOUR COUNTY, PENNSYLVANIA TAX PARCEL NO. 5-10-19, | |
| DAVID W. BEACHEL, JR., | |
| JOY L. BEACHEL, | |
| THE TURBOTVILLE NATIONAL BANK, | |
| MONTOUR COUNTY TAX CLAIM BUREAU | |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF HIGHWAYS, PENNSYLVANIA DEPARTMENT OF TRANSPORTATION, | |
| PENNSYLVANIA DEPARTMENT OF REVENUE, BUREAU OF COMPLIANCE, | |
| and ALL UNKNOWN OWNERS, | |
| Defendants. | |

**ORDER**

**AND NOW**, this 19th day of March 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion in Limine, ECF NO. 58, is **DENIED.**

2. Defendant's Motion in Limine, ECF NO. 57, is **DENIED.**

        BY THE COURT:

        *s/ Matthew W. Brann*
        Matthew W. Brann
        United States District Judge