# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UGI SUNBURY LLC,<br><br>    Plaintiff.<br><br>v.<br><br>A PERMANENT EASEMENT FOR 1.7575 ACRES, AND TEMPORARY CONSTRUCTION AND ACCESS EASEMENT FOR 2.956 ACRES IN LIMESTONE TOWNSHIP, MONTOUR COUNTY, PENNSYLVANIA TAX PARCEL NO. 5-10-19, et al.<br><br>    Defendants. | No. 3:16-CV-00788<br><br>(Judge Brann) |

# ORDER

### AUGUST 27, 2018

In accordance with the accompanying Memorandum Opinion, the Clerk of Court is directed to enter judgment in favor of David Beachel in the amount of $126,932.48. The Clerk is also directed to release the $23,567.50 bond posted by Plaintiff, and to close this case.

                                                        BY THE COURT:

                                                        *s/ Matthew W. Brann*
                                                        Matthew W. Brann
                                                        United States District Judge